UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:20CR108-PPS/JEM |
| | ) |
| MYRON McKINNEY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is before me on the findings, report and recommendation of Magistrate Judge John E. Martin relating to defendant Myron McKinney's Motion to Quash Arrest and Suppress Evidence. [DE 52.]  Following a hearing on the record on March 3, 2020 [DE 77] and upon consideration of all the briefing [DE 63, 79, 80], Judge Martin issued his Findings, Report, and Recommendation [DE 85], recommending that McKinney's motion be denied. No timely objection to Judge Martin's findings and recommendation has been filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Myron McKinney's Motion to Quash Arrest and Suppress Evidence [DE 52, 79], to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 85] in their entirety.

 Defendant Myron McKinney's Motion to Quash Arrest and Suppress Evidence [DE 52, 79] is DENIED.

SO ORDERED.

ENTERED: May 11, 2021.

                                          /s/ Philip P. Simon  
                                        UNITED STATES DISTRICT JUDGE