**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:20CR108-PPS/JEM |
| | ) | |
| MYRON McKINNEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate

Judge John E. Martin relating to defendant Myron McKinney's agreement to enter a

plea of guilty to Count 3 of the indictment, pursuant to Rule 11 of the Federal Rules of

Criminal Procedure.  [DE 87.]  Following a hearing on the record on July 22, 2021 [DE

97], Judge Martin  found that defendant understands the charges, his rights, and the

maximum penalties; that defendant is competent to plead guilty; that there is a factual

basis for defendant's plea; that the defendant knowingly and voluntarily entered into

his agreement to enter a plea of guilty; and that defendant's change of plea hearing

could not be delayed without serious harm to the interests of justice.  Judge Martin

recommends that the Court accept defendant's plea of guilty and proceed to impose

sentence.  Neither party has filed a timely objection to Judge Martin's findings and

recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Myron McKinney's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 97] in their entirety.

Defendant Myron McKinney  is adjudged GUILTY of Count 3 of the indictment, a charge of bank robbery.

The sentencing hearing is set for December 2, 2021 at 10:00 a.m. Hammond/ Central time.

SO ORDERED.

ENTERED: August 6, 2021.

 /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT